# Index of Exhibits

**Defendant Xerox Mortgage Services' Motion to Compel Against United Shore Financial Services**

| Exhibit No. | Description |
|---|---|
| A. | Defendant XMS First Set of Interrogatories to Defendant USFS |
| B. | Defendant XMS First Set of Requests for Production of Documents to USFS |
| C. | Defendant USFS Responses and Objections to XMS First Set of Interrogatories |
| D. | Defendant USFS Responses and Objections to XMS First Set of Requests for Production of Documents |
| E. | 4/27/17 Letter from Michael P. Coakley to Brett Doran **(Unredacted version filed under seal)** |
| F. | 5/19/17 Letter from Brett Doran to Michael P. Coakley regarding USFS Deficiencies |
| G. | Email from C. M. Christopherson dated 7/18/14 USFS003566 **(Filed under seal)** |
| H. | Email from C.M. Christopherson 7/21/14 USFS003567 **(Filed under seal)** |
| I. | Email from C.M. Christopherson 9/5/13 USFS003450 **(Filed under seal)** |
| J. | USFS Privilege Log |
| K. | 6/9/17 Letter from Michael P. Coakley to Brett Doran |
| L. | Defendant USFS First Set of Document Requests to Defendant XMS |
| M. | *Keathley v. Grange Ins. Co. of Michigan*, 2017 WL 227952 (E.D. Mich. Jan. 19, 2017) |

|     |     |
| --- | --- |
| N.  | *Hennigan v. General Elec. Co.*, 2010 WL 4189033 (E.D. Mich. Aug. 3, 2010) |
| O.  | *Strategic Marketing and Research Team, Inc. v. Auto Data Solutions, Inc.*, 2017 WL 1196361 (E.D. Mich. Mar. 31, 2017) |
| P.  | *Scooter Store, Inc. v. Spinlife.com, LLC*, 2011 WL 2160462 (S.D. Ohio June 1, 2011) |
| Q.  | *Dixon v. Experian Information Solutions, Inc.*, 2014 WL 2881589 (N.D. Ind. June 25, 2014) |
| R.  | *Leeper v. A.J. Lines, Inc.*, 2016 WL 6610833 (N.D. Ind. Nov. 9, 2016) |
| S.  | *Peterson v. Outback Steakhouse, Inc.*, 2017 WL 343730 (E.D. Mich. Jan 24, 2017) |