## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | | |
|---|---|---|
| AL LEIBOVIC, on behalf of himself and all others similarly situated, | ) ) ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 2:15-CV-12639 |
| | ) | |
| v. | ) | |
| | ) | Hon. Victoria A. Roberts |
| UNITED SHORE FINANCIAL SERVICES, LLC, and XEROX MORTGAGE SERVICES, INC. | ) ) ) | |
| | ) | |
| Defendants. | | |

## <u>STIPULATED DISMISSAL PURSUANT TO FED R. CIV. P. 41(a)(1)(A)(ii)</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Al Leibovic, together with Defendants United Shore Financial Services, LLC and Xerox Mortgage Services, Inc. now known as Conduent Mortgage Services, Inc., through their respective undersigned counsel, hereby stipulate Plaintiff dismisses his claims with prejudice, with each party bearing the party's own attorney's fees and costs.

Dated: March 21, 2018

1

AL LEIBOVIC

Mark S. Goldman
GOLDMAN SCARLATO &
PENNY, PC
161 Washington Street, Suite 1025
Conshohocken, PA 19428
Telephone: (484) 342-0700
goldman@lawgsp.com

UNITED SHORE FINANCIAL
SERVICES, LLC

Francis A. Citera
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
Tel: 312-456-8400 Fax: 312-456-8425
citeraf@gtlaw.com

David H. Fink (P28235)
Darryl Bressack (P67820)
Nathan J. Fink (P75185)
FINK + ASSOCIATES LAW
38500 Woodward Ave.; Suite 350
Bloomfield Hills, Michigan 48304
(248) 971-2500
dfink@finkandassociateslaw.com
dbressack@finkandassociateslaw.com
nfink@finkandassociateslaw.com

*Attorneys for Plaintiffs*

CONDUENT MORTGAGE
SERVICES, INC.

Michael J. Coakley, Esq.
Miller, Canfield, Paddock and
Stone, PLC
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
coakley@millercanfield.com

*Attorneys for Defendants*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this day I caused a true and correct copy of the

foregoing Stipulation of Dismissal Pursuant to Federal Rule of Civil Procedure

41(a)(1)(A)(ii) to be served on all counsel of record via the Court's ECF filing

system.

Dated:  March 21, 2018

Mark S. Goldman
GOLDMAN SCARLATO & PENNY, PC
161 Washington Street, Suite 1025
Conshohocken, PA 19428
Telephone: (484) 342-0700
goldman@lawgsp.com

3